UNITED STATES v. BALTIC AMERICAN IMPORT CO.

BALTIC AMERICAN IMPORT CO. v. UNITED STATES

**No. 4525.**—Invoices dated Gdynia, Poland, February 28, 1936, etc.
Entered.at New York March 17, 1936, etc.
Entry No. 813306, etc.

(Decided February 16, 1939)

*Max L. Kantrowitz* for the importer.
*Webster J. Oliver*, Assistant Attorney General (*Dorothy C. Bennett*, special attorney), for the United States.

BROWN, Judge: This case involves a pure question of fact, being the dutiable value of certain sprats in oil from Poland.

The only evidence before the court is a special agent's report. An analysis of that report indicates that the appraised value in all the importer's appeals before us should be affirmed, which is accordingly done.

As to the collector's appeal, reappraisement 113539-A, the dutiable foreign value is found to be 27 zloty per 100 tins for 4½-ounce tins and 25.65 zloty per 100 tins for 5½-ounce tins export value, no foreign value being higher.

Judgment will issue accordingly.